### 38887.   JACKSON v. REDWOOD RESTAURANT & BARS, INC.

TOWNSEND, Presiding Judge.   Service by mail of a bill of exceptions upon parties residing in this State being insufficient, and there being no other return, acknowledgment, or waiver of service, the motion to dismiss this bill of exceptions must be sustained.   *Feldman v. Benson,* 90 Ga. App. 824 (84 SE2d 710).

*Writ of error dismissed.   Frankum and Jordan, JJ., concur.*

DECIDED JUNE 22, 1961.

*J. Sidney Lanier,* for plaintiff in error.
*Miles B. Sams,* contra.